```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2  SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
 3  KIMBERLY FRIDAY (MABN 660544)
    Deputy Chief, Civil Division
 4  Assistant United States Attorney
         450 Golden Gate Avenue, Box 36055
 5       San Francisco, California 94102
         Telephone: (415) 436-7102
 6       Facsimile: (415) 436-6748
         kimberly.friday@usdoj.gov
 7
    Attorneys for the United States of America
 8
```

RECEIVED JUL -7 2016 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

FILED JUL -8 2016 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FELIPE A. PRIAST,<br><br>        Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., et al.,<br><br>        Defendants. | Case No. C 16-00927-SBA<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**<br><br>FILED UNDER SEAL |

ORIGINAL

BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Deputy Chief, Civil Division
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-6748
    kimberly.friday@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FELIPE A. PRIAST,<br><br>        Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., et al.,<br><br>        Defendants. | Case No. C 16-00927-SBA<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), The United States of America hereby notifies the Court of its decision not to intervene in this action.

While a *qui tam* relator is generally permitted to maintain the action in the name of the United States following a declination, *see id.*, we respectfully refer the Court to *United States ex rel. Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1126-28 (9th Cir. 2007), in which the Court held that a *pro se* relator cannot prosecute a *qui tam* action on behalf of the United States under the False Claims Act. Accordingly, in this case, we respectfully suggest that

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER, C 3:16-00927-SBA

the Court dismiss the relator's First Cause of Action under the False Claims Act unless the relator obtains counsel within 30 days of the date of the Court's Order.

The Government also requests that all previous filings in this action be unsealed and the seal be lifted as to all matters subsequently occurring in this action.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: July 7, 2016    By:    /s/ Kimberly Friday
KIMBERLY FRIDAY
Assistant United States Attorney

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER, C 3:16-00927-SBA

2

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

1. The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules that, unless the relator obtains counsel and counsel files a notice of appearance within 30 days of the date of this Order, the relator's cause of action under the False Claims Act will be dismissed pursuant to *United States ex rel. Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1126-28 (9th Cir. 2007).

2. The contents of the Court's file in this action shall be unsealed.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: 7/8/16

*/s/ Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of:

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**

to be served this date upon the party(ies) as follows:

Felipe A. Priast
PO Box 54
Brisbane, CA 94005

Lindsey Catherine Barnhart
Covington Burling LLP
One Front St., 35th Floor
San Francisco, CA 94111

__√__ BY FIRST CLASS MAIL, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ BY PERSONAL SERVICE, (MESSENGER)

_____ FEDERAL EXPRESS

_____ BY E-MAIL: I caused each such document to be sent by email to the person or offices of each address above.

_____ CERTIFIED MAIL, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: July 7, 2016

TINA LOUIE
Legal Assistant